# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| VINCENT TORRE, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No. 2:25-cv-00128-NT ) |
| VICTORIA LANE, et al., | ) ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On April 7, 2025, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Dismissal (ECF No. 3) after a preliminary review of the Plaintiff's complaint (ECF No. 1) under 28 U.S.C. § 1915. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Dismissal of the Magistrate Judge is hereby **ADOPTED** and the Plaintiff's complaint is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 2nd day of May, 2025.